

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-25-00251-CV

David **LOPEZ** and George Chumillo,
Appellants

v.

Desiree **SOLIS**,
Appellee

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2021CI02871
Honorable Nicole Garza, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE RIOS, AND JUSTICE MEZA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Each party shall bear their respective costs. *See* TEX. R. APP. P. 42.1(d).

SIGNED May 28, 2025.

_____
Velia J. Meza, Justice